Charted Claims:

Method Claims: 1

| US9990112B2 | Redfin ("The accused instrumentality") |
|---|---|
| 1. A method comprising: generating a plurality of cards for display; | The accused instrumentality practices a method which comprises generating a plurality of cards (e.g., cards showing desired houses for sale, rent, etc. nearest you) for display.<br><br>https://www.redfin.com/ |



| | |
|---|---|
| |  https://www.redfin.com/city/11203/CA/Los-Angeles/filter/sort=lo-sqft,property-type=house,min-price=400k |
| in response to a user command, determining regions of interest within each of the plurality of cards by searching information indicating previous user preferences; and | The accused instrumentality practices in response to a user command (e.g., a user command to search houses for sale, rent, etc. nearest you), determining regions of interest (e.g., address, price, etc.) within each of the plurality of cards (e.g., cards showing houses for sale, rent, etc. nearest you) by searching information indicating previous user preferences (e.g., Beds/Baths, saved properties, etc.). |



https://www.redfin.com/city/11203/CA/Los-Angeles/filter/sort=lo-sqft,property-type=house,min-price=400k



https://www.redfin.com/city/11203/CA/Los-Angeles/filter/sort=lo-sqft,property-type=house,min-price=400k



https://www.redfin.com/city/11203/CA/Los-Angeles/filter/sort=lo-sqft,property-type=house,min-price=400k

**A. All Users of the Redfin Sites**

From registered and unregistered users of the Sites, we automatically receive and record information whenever you interact with the Sites. This includes IP address data from our server logs, cookie information, browser information, information about your activity while on the Sites (such as the pages you request, properties that you view or save, and property that you claim), and the URL of the site you came to the Sites from. We also may collect the mobile device ID (such as the ID for Advertising on iOS and Android ID on Android) from users of the Redfin Applications. If permitted by the settings on your device and/or with your consent, we will also collect your geo-location information. We use this to provide you with location specific information, such as homes for sale near your current location as determined by your geolocation, and information about listing your home for sale based on your geolocation. We may also approximate your location based off your IP address, to customize your experience on our Sites.

https://www.redfin.com/about/privacy-policy

**B. Registered Users of the Redfin Sites**

We are required to collect certain information, including your name and email address, as a condition of our licenses with the multiple real estate listing services (the "MLSs") in order to allow you to access the full MLS listings. You give us this information when you create your Redfin account. When you give us this information at one of our events, or upon your request, we will create a Redfin account for you, and you agree that this Privacy Notice and our Terms of Use apply. In addition, when you are signed in to your Redfin account and using Redfin through Facebook, Twitter, or any other third-party authorization service, we may make use of the information that they provide us to further customize your Redfin experience. We may share Personal Information with such third parties to deliver Redfin tailored content both on our Services and on third party sites (e.g., social media sites).

- **My Redfin**: My Redfin is a feature that allows you to upload notes and photos about a property, save searches, add favorites and x-outs, and otherwise organize homes that may interest you. We save all of this "My Redfin" information for use later in connection with our Services. It is stored with your Redfin account information.

https://www.redfin.com/about/privacy-policy

| | |
|---|---|
| updating for display the plurality of cards to visibly show in a display area of a display device the at least one region of interest of multiple cards included in a first group of the plurality of cards, wherein said updating includes repositioning the plurality of cards to remove cards not included in the first group from the display area and to visibly display the at least one region of interest within all of the multiple cards included in the first group within the display area of the display device. | The accused instrumentality practices updating for display the plurality of cards (e.g., cards showing houses for sale, rent, etc. nearest you) to visibly show in a display area of a display device (e.g., a user computer device such as laptop, PC, etc.) the at least one region of interest (e.g. address, price, etc.) of multiple cards (e.g., all cards included in the search results) included in a first group of the plurality of cards (e.g., a group of real estate properties cards for a user query) wherein said updating includes repositioning the plurality of cards to remove cards not included in the first group (e.g., cards with address outside the displayed map are removed) from the display area and to visibly display the at least one region of interest (e.g. cards with address within the display boundary are displayed) within all of the multiple cards included in the first group (e.g., group of updated cards with addresses based on previous user preferences and region of interest) within the display area of the display device(e.g., a user computer device such as laptop, PC, etc.).<br><br>As shown below, on determining previous user preferences based on user command, the cards showing addresses with region of interest are displayed. |



https://www.redfin.com/city/11203/CA/Los-Angeles/filter/sort=lo-sqft,property-type=house,min-price=400k



https://www.redfin.com/city/11203/CA/Los-Angeles/filter/sort=lo-sqft,property-type=house,min-price=400k,viewport=34.1177:34.0486:-118.33923:-118.44205