UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **LOCKET IP LLC,** <br><br> Plaintiff <br><br> v. <br><br> **REDFIN CORPORATION,** <br><br> Defendant | **Case No. 6:22-cv-00715** <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFF'S RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff, Locket IP LLC, states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated:  June 30, 2022

Respectfully Submitted

*/s/ Raymond W. Mort, III*
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com

**THE MORT LAW FIRM, PLLC**
501 Congress Ave, Suite 150
Austin, Texas 78701
Tel/Fax: (512) 865-7950

**ATTORNEYS FOR PLAINTIFF**