AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| Locket IP LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 6:22-cv-00715-ADA |
| Redfin Corporation | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Redfin Corporation                                                                                                      .

Date:   07/15/2022                                        /s/ Darryl J. Adams
                                                                            *Attorney's signature*

                                                        Darryl J. Adams (TX Bar No. 00796101)
                                                                *Printed name and bar number*

                                                        SLAYDEN GRUBERT BEARD PLLC
                                                        401 Congress Ave., Suite 1650
                                                        Austin, TX 78701
                                                                            *Address*

                                                        dadams@sgbfirm.com
                                                                        *E-mail address*

                                                        (512) 402-3550
                                                                    *Telephone number*

                                                        (512) 402-6865
                                                                        *FAX number*