UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

Locket IP LLC

vs.　　　　　　　　　　　　　　　　　　　　Case No.: 6:22-cv-00715-ADA

Redfin Corporation

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Ryan Marton, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Redfin Corporation in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Marton Ribera Schumann & Chang LLP with offices at:

   Mailing address: 548 Market St., Suite 36117

   City, State, Zip Code: San Francisco, California 94104

   Telephone: 415-360-2515　　　Facsimile:

2. Since 12/31/2002, Applicant has been and presently is a member of and in good standing with the Bar of the State of California. Applicant's bar license number is 223979.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| State Court of California | 12/31/2002 |
| USDC - Northern California | 04/24/2003 |
| USC of Appeals Federal Circuit | 09/10/2010 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   N/A

5. I ☒ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: 6:22-cv-00250 on the 28 day of June, 2022.

   Number: 6:21-cv-01288 on the 8 day of March, 2022.

   Number: 6:21-CV-00051 on the 11 day of March, 2021.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

   N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Darryl J. Adams

Mailing address: 401 Congress Ave, Ste. 1650

City, State, Zip Code: Austin, TX 78701

Telephone: 512-402-3562

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Ryan Marton to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Ryan Marton
[printed name of Applicant]

*Ryan Marton*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 15 day of July, 2022.

Ryan Marton
[printed name of Applicant]

*Ryan Marton*
[signature of Applicant]

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## WACO DIVISION

Locket IP LLC

vs.                                              Case No.: 6:22-cv-00715-ADA

Redfin Corporation

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Ryan Marton, counsel for Redfin Corporation, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Ryan Marton may appear on behalf of Redfin Corporation in the above case.

IT IS FURTHER ORDERED that Ryan Marton, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of July _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE