IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Locket IP LLC, § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> Redfin Corporation, § <br> § <br> Defendant. § <br> § | Civil Action No. 6:22-cv-00715-ADA |

**NOTICE OF AGREED EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT**

Defendant Redfin Corporation ("Defendant") files this Notice of Agreed Extension of Time for Defendant to Respond to the Complaint (Dkt. No. 1). Defendant's counsel contacted Plaintiff's counsel and requested a 30-day extension to respond to the Complaint, which is currently due on July 26, 2022. Plaintiff agreed to the requested 30-day extension of time and Defendant's response deadline is extended to August 25, 2022.

This extension does not change the date for any hearing, any final submission to the Court related to a hearing, or trial. As such, pursuant to the Court's August 11, 2021 "Standing Order Regarding Joint or Unopposed Request to Change Deadlines," Defendant files this Notice regarding the agreed upon 30-day extension of time.

Dated: July 25, 2022                              Respectfully submitted,

*/s/ Darryl J. Adams*
Darryl J. Adams (TX Bar No. 00796101)
dadams@sgbfirm.com
SLAYDEN GRUBERT BEARD PLLC
401 Congress Ave., Suite 1650
Austin, TX 78701
tel: 512.402.3569
fax: 512.402.6865
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 25th day of July, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                                       /s/ *Darryl J. Adams*
                                                                      Darryl J. Adams
                                                                       *Attorney for Defendants*